# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| ELVIN MELENDEZ-CRUZ | ) Case No. 4:23-mj-71176-MAG |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**FILED**

Aug 04 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 10, 2023** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 843(b) | Illegal Use of a Communications Facility |
| | Maximum penalties:<br>4 years<br>$30,000 fine<br>1 year supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Daniel Kim

☑ Continued on the attached sheet.

Approved as to form */s/ Charles Bisesto*
AUSA  Charles F. Bisesto

*Complainant's signature*

Daniel Kim, FBI Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: 08/03/2023

*Judge's signature*

City and state: Oakland, CA

Donna M. Ryu, Chief Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Daniel H. Kim, a Special Agent with the Federal Bureau of Investigations ("FBI"), being duly sworn, depose and state as follows:

### I.      INTRODUCTION

1. I make this affidavit in support of the issuance of a criminal complaint against Elvin Melendez-Cruz (MELENDEZ-CRUZ) for a violation of 21 U.S.C. § 843(b), unlawful use of a communication facility. In this case, as discussed below, on July 10, 2023, in the Northern District of California, MELENDEZ-CRUZ used his cell phone to facilitate the distribution of (and attempted distribution of) fentanyl.

2. This criminal complaint arises out of a long-term investigation by the Federal Bureau of Investigation (the FBI) into Javier MARIN-GONZALES (hereinafter "MARIN-GONZALES") and Jair RAMIREZ-CASTILLO (hereinafter "RAMIREZ-CASTILLO"), two identified drug dealers who operated in the Bay Area. Through this investigation, agents have conducted six (6) controlled buys of large quantities of fentanyl from MARIN-GONZALES and RAMIREZ-CASTILLO.

3. In July of 2023, in an effort to better understand the scope of RAMIREZ-CASTILLO and MARIN-GONZALES' trafficking network and the sources of their supply, agents obtained judicial authorization to intercept wire and electronic communications over RAMIREZ-CASTILLO's phone. Those intercepts led agents to identify Elvin MELENDEZ-CRUZ as a supplier and co-conspirator of RAMIREZ-CASTILLO.

### II.     AFFIANT BACKGROUND

4. I am a Special Agent ("SA") with the Federal Bureau of Investigation and have been so employed since January 2020. During that time, my duties and responsibilities include conducting criminal investigations for possible violations of federal law, particularly those found in Title 21 and Title 18 of the United States Code. I have had extensive training in law enforcement investigation techniques, including but not limited to 800 hours of training at the FBI Academy at Quantico, Virginia.

5. Prior to joining the FBI, I was a SA with the United States Secret Service ("USSS") in San Francisco, California, where I was assigned to the Financial Crimes Task Force as well as the U.S.

Marshals Fugitive Task Force. While assigned to these task forces, I participated in the investigations of various crimes including financial and violent crimes. Prior to joining the USSS, I was a Deputy Sheriff in San Diego County, San Diego, California where I conducted investigations of numerous crimes, including violent crimes, gangs, and firearm and narcotics violations. In addition to the training and experience discussed above, I have also spoken to and worked with more experienced federal and state agents and officers throughout my career.

6. Currently, I am assigned to the FBI Safe Streets Gang Task Force in Contra Costa County, San Francisco Field Office, where my responsibilities include the investigation of federal firearms, gangs, violent crimes, and narcotics violations. In this position, I have authored and participated in search warrants involving residences, social media accounts, electronic devices, and other locations. As a result, I am familiar with the types of evidence these searches garner.

7. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. Moreover, I have the authority to execute and serve search warrants issued under authority of the United States pursuant to 21 U.S.C. § 878.

### III.   APPLICABLE STATUTES AND JURISDICTION

8. Section 841(a)(1) of Title 21 of the U.S. Code makes it a crime for any person to knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

9. Section 843(b) of Title 21 of the U.S. Code makes it a crime for any person to knowingly or intentionally use a telephone to help bring about the distribution of a controlled substance.

### IV.   STATEMENT OF PROBABLE CAUSE

**A.   Overview**

10. The FBI Safe Streets Task Force ("SSTF") and the Drug Enforcement Administration ("DEA") are investigating a drug trafficking network ("DTO"), including MARIN-GONZALES, RAMIREZ-CASTILLO, and MELENDEZ-CRUZ, who appear to be trafficking narcotics throughout

Affidavit of FBI Special Agent Daniel Kim

the Bay Area, CA. As described below, three controlled purchases of narcotics were made from MARIN-GONZALES and three controlled purchases of narcotics were made from RAMIREZ-CASTILLO. Furthermore, during an ongoing wiretap of RAMIREZ-CASTILLO's phone number 510-478-2045, FBI SSTF identified MELENDEZ-CRUZ as a supplier of drugs for RAMIREZ-CASTILLO. Finally, during a search of MELENDEZ-CRUZ's hotel room on August 3, 2023, agents recovered a large amount of fentanyl of what they believe is fentanyl,[1] consistent with MELENDEZ-CRUZ using that location as a stash house for his narcotics trafficking activities.

    B.    **Initiation of Investigation**

11. On July 25, 2022, FBI SSTF members met with a Concord Police Department ("CPD") Confidential Informant ("CI")[2], who provided information on a fentanyl dealer named "Javi" dealing narcotics in Oakland, CA and San Francisco, CA. The CI described "Javi" as a Honduran male adult, 5'08 tall, an average build with a chubby face with acne scars, and provided his phone number, 925-435-9344 (hereinafter "the 9344 number"), which the CI said "Javi" used to facilitate fentanyl transactions. The CI indicated that "Javi" is an active narcotics dealer in both Oakland and San Francisco.

12. On July 13, 2022, an FBI Staff Operations Specialist ("SOS") served a subpoena to T-Mobile requesting subscriber information and toll records for 925-435-9344. T-Mobile responded and

---

[1] The substance was tested with a TruNarc narcotics analyzer. The substance tested positive for mannitol, a diuretic that drug dealers commonly mix with fentanyl (it is used as a cutting agent). The substance did not test positive for fentanyl. I know from training and experience that substances that commonly test positive for mannitol, but not fentanyl, in a field test, later test positive when analyzed at the regional laboratory.

[2] The CI agreed to provide CPD information on drug dealers operating in the Bay Area for consideration on a pending drug case. The CI was not promised or guaranteed anything in exchange for his/her cooperation in this investigation. The CI has established his/her reliability over the past three years with CPD. The CI has provided CPD with information on upper-level drug dealers and gang members which has led to large seizures of narcotics. The information provided to CPD by the CI has been corroborated on multiple occasions by the seizure of evidence, as well as field work. The CI has prior arrests and/or convictions for possession of a controlled substance, convicted person in possession of firearm, possession of drug paraphernalia, driving under the influence, possession of a dangerous weapon, burglary, possession of stolen property, conspiracy, under the influence of a controlled substance, possession of burglary tools, driving on a suspended license, possession of an assault weapon, carrying a loaded firearm in public, possession of a controlled substance for sales, possession of marijuana for sales, concealed weapon in a vehicle, possession of a hypodermic syringe, possession of a switchblade, sale or provision of a lock pick, carrying a concealed dirk or dagger, transportation of a controlled substance, petty theft, felon in possession of a firearm, unauthorized use of personal identifying information, appropriation of lost property, possession of personal identifying information with intent to defraud, obstructing a police officer, committing mail theft, trespass/injure property, robbery, possession of stolen vehicle, riding a bike under the influence, vandalism, shoplifting, minor in possession of alcohol, and bringing narcotics into jail.

Affidavit of FBI Special Agent Daniel Kim

provided the following subscriber information for 925-435-9344: *Customer Name:  Gustavo Marin; Address:  5839 Avenal Ave., Oakland, CA 94605.*

13. On or about August 3, 2022, a DEA Special Agent ("SA") at the Oakland Resident Office conducted a law enforcement database check on MARIN-GONZALES' phone number, the 9344 number, which yielded numerous wire transfers associated to "Javier Alexander Marin Gonzalez".  An FBI SSTF member conducted a law enforcement database check on "Javier Alexander Marin Gonzalez" and found a subject with a similar name, and date of birth, 4/26/1991.  An FBI SSTF member used the name and date of birth to obtain a booking photograph.  Shortly after, FBI SSTF members showed the booking photograph to the CI, who positively identified him as "Javi".  Based on the foregoing, I believe that "Javi" is MARIN-GONZALES.

14. An FBI SSTF member conducted a criminal history inquiry which indicated MARIN-GONZALES had one prior arrest for California Health and Safety Code 11351.5 (possession of cocaine base for sales) on April 14, 2019, and two prior arrests for California Health and Safety Code 11350(a) (possession of narcotic/controlled substance) on June 26, 2019 and on August 12, 2019.  He also has an outstanding arrest warrant stemming from one of his prior arrests for California Health and Safety Code 11350(a) (possession of narcotic/controlled substance), which was issued on September 26, 2019.  In addition, a U.S. Immigration and Customs Enforcement officer conducted a law enforcement database check, which revealed MARIN-GONZALES was arrested by U.S. Border Patrol agents in Calexico, California on May 27, 2017.  From 2018 to 2019, MARIN-GONZALES failed to report numerous times and has been designated as an absconder and fugitive ever since.

    C.    **MARIN-GONZALES Sells Four Ounces of Fentanyl to CS on August 25, 2022**

15. On August 25, 2022, a DEA Confidential Source ("CS") placed a recorded phone call to MARIN-GONZALES on the 9344 number, to arrange a fentanyl transaction, which was answered by MARIN-GONZALES.  The CS greeted him and asked if he was "Javier", and he replied "yeah".  Then, the CS and MARIN-GONZALES immediately began discussing a potential narcotics transaction.  During the recorded phone call, the CS confirmed the quantity and price of the fentanyl with MARIN-

GONZALES by stating "four"[3] for "$1,800".  MARIN-GONZALES agreed to the price and quantity of the fentanyl, and confirmed the buy location, Ben's Burgers parking lot, 10921 MacArthur Blvd., Oakland, CA.  Then, the CS asked him if the narcotics were "clean"[4], and MARIN-GONZALES replied "yeah".  Shortly after, the CS arrived at the pre-determined buy location at the Ben's Burgers parking lot.

16.     At approximately 2:20 p.m., a silver Infiniti G35, bearing California license plate 9BCU271 (hereinafter, the "Silver Infiniti") arrived at the parking lot of Ben's Burgers and parked near the CS's vehicle.  The CS exited the CS's vehicle, approached and entered the Silver Infiniti, and sat on the front passenger door panel.  MARIN-GONZALES was seated in the driver's seat of the Silver Infiniti.  The CS handed $1,800 to MARIN-GONZALES and in exchange, MARIN-GONZALES handed a plastic bag containing suspected fentanyl to the CS.  At approximately 2:23 p.m., the CS exited the Silver Infiniti, entered the CS's vehicle, and departed shortly after.  Shortly after MARIN-GONZALES left the parking lot, agents terminated surveillance.

17.     The transaction on this day was recorded by clandestine audio and video recording equipment.

18.     After the controlled buy, FBI SSTF members showed a prior booking photograph of MARIN-GONZALES to the CS, in a way that did not reveal any identifying information.  The CS positively identified MARIN-GONZALES as the person who just sold the suspected fentanyl.

19.     A chemical analysis report from the DEA western laboratory revealed that the narcotics that were purchased from MARIN-GONZALES on August 25, 2022 tested positive for fentanyl and had a net weight of 111.8 grams.

D.     **Other Deals Involving MARIN-GONZALES**

20.     On or about September 20, 2022, FBI SSTF members and DEA SAs had the CS conduct another controlled purchase with MARIN-GONZALES for approximately eight ounces of fentanyl. The

---

[3] The CS stated "four" for "$1,800", confirming that he/she wanted to purchase four ounces of fentanyl for $1,800 from MARIN-GONZALES.

[4] Based on my training and experience, "clean" narcotics refer to the higher level of potency and purity of narcotics.

Affidavit of FBI Special Agent Daniel Kim

deal successfully took place at the same location, Ben's Burgers in Oakland and resulted in MARIN-GONZALES selling approximately 214.6 grams of fentanyl to the CS.

21. On or about November 22, 2022, FBI SSTF members and DEA SAs had the CS conduct a third deal with MARIN-GONZALES. This deal also successfully occurred at the Ben's Burgers in Oakland and resulted in MARIN-GONZALES selling approximately 364 grams of fentanyl to the CS.

  E. **Introduction of Jair RAMIREZ-CASTILLO**

22. In early January 2023, the CS sent recorded text messages to MARIN-GONZALES, asking to purchase another eight ounces of fentanyl. MARIN-GONZALES agreed and asked, "When are you coming". Later on, the CS received text messages from a 510-478-2045 number. This message said, "hey i'm javier's brother" and "when will you come for what you ask my brother". Then, the CS and owner of 510-478-2045 immediately began discussing a potential narcotics transaction. Based on the foregoing, I believed the owner of 510-478-2045 would be selling the fentanyl to the CS instead of MARIN-GONZALES.

23. DEA SAs conducted a law enforcement database search on 510-478-2045, which yielded numerous wire transfers associated to 510-478-2045 and "Jair Maldini Ramirez". DEA SAs conducted a law enforcement database check on "Jair Maldini Ramirez" and found a subject with a similar name and date of birth, 10/15/1994. DEA SAs used the name and date of birth to obtain a booking photograph. Furthermore, FBI SSTF members found MARIN-GONZALES' Facebook account, "Marin Javier Alexander", and identified RAMIREZ-CASTILLO's Facebook account, "Jair Castillo", in MARIN-GONZALES' friends list. RAMIREZ-CASTILLO's booking photograph closely resembled his Facebook photographs.

24. An FBI analyst served a subpoena to T-Mobile requesting subscriber information and toll records for 510-478-2045. T-Mobile responded and provided the following subscriber information for 510-478-2045: *Customer Name: Manny Festo; Address: 555 Beale St San Francisco CA 94105-2011.*

  F. **RAMIREZ-CASTILLO Sells Eight Ounces of Fentanyl to CS on January 12, 2023**

25. On January 12, 2023, at approximately 10:07 a.m., the CS received a recorded text message from RAMIREZ-CASTILLO, saying "hey friend how much will you need?" The CS replied,

Affidavit of FBI Special Agent Daniel Kim

"8 oz". At approximately 1:42 p.m., the CS sent a recorded text message to RAMIREZ-CASTILLO asking, "Ok and is price still $3200??" RAMIREZ-CASTILLO confirmed the buy location, Happy Hot Dog parking lot, 10601 MacArthur Blvd., Oakland, CA, as well as the price and quantity of the fentanyl. Shortly after, the CS arrived at the pre-determined buy location at the Happy Hot Dog parking lot.

26. At approximately 2:00 p.m., RAMIREZ-CASTILLO exited a residence on MacArthur Blvd in Oakland and walked southbound on MacArthur Blvd. towards Happy Hot Dog. RAMIREZ-CASTILLO approached and entered the CS's vehicle and sat on the front passenger's seat. The CS was seated in the driver's seat of the CS's vehicle. The CS handed $3,200 to RAMIREZ-CASTILLO and in exchange, RAMIREZ-CASTILLO handed a plastic bag containing suspected fentanyl to the CS. At approximately 2:06 p.m., RAMIREZ-CASTILLO exited the CS's vehicle, walked northbound on MacArthur Blvd., and re-entered the same residence on MacArthur Blvd.

27. The transaction on this day was recorded by clandestine audio and video recording equipment.

28. After the controlled purchase, FBI SSTF members showed a photograph of RAMIREZ-CASTILLO to the CS, in a way that did not reveal any identifying information. The CS positively identified RAMIREZ-CASTILLO as the person who just sold the suspected fentanyl to the CS.

29. A chemical analysis report from the DEA western laboratory revealed that the narcotics that were purchased from MARIN-GONZALES on January 12, 2023 tested positive for fentanyl and had a net weight of 224.1 grams.

### G. Other Deals Involving RAMIREZ-CASTILLO

30. On or about March 30, 2023, FBI SSTF members and DEA SAs had the CS conduct another controlled purchase with RAMIREZ-CASTILLO for approximately eight ounces of fentanyl. The deal successfully took place at the same location, Happy Hot Dog parking lot in Oakland and resulted in RAMIREZ-CASTILLO selling approximately 226.1 grams of fentanyl to the CS.

31. On or about July 21, 2023, FBI SSTF members and DEA SAs had the CS conduct a third controlled purchase with RAMIREZ-CASTILLO for approximately 20 ounces of fentanyl. The deal successfully took place at the same location, Happy Hot Dog parking lot in Oakland.

Affidavit of FBI Special Agent Daniel Kim

### H.      Identification of Elvin MELENDEZ-CRUZ

32.     As part of this investigation, in July of 2023, agents sought to intercept electronic and wire communications over Jair RAMIREZ-CASTILLO's cell phone in an effort to better understand the extent of his drug sales network, including the individuals that supply him with narcotics.

33.     On July 6, 2023, a search warrant for the interception of wire and electronic communications of RAMIREZ-CASTILLO's phone number 510-478-2045 was signed (CR23-91241 MISC JSC) and approved by the Honorable Jacqueline Scott Corley, District Court Judge for the Northern District of California.

34.     The FBI began intercepting wire and electronic communications over RAMIREZ-CASTILLO's phone on the evening of July 7, 2023.

35.     On July 10, 2023, at approximately 9:24 p.m., FBI SSTF intercepted an outgoing text message from RAMIREZ-CASTILLO to the user of 415-410-8900. The outgoing text message was in Spanish, saying "Pana que pedo Amarillo limpio" which translates to "Bro, what's up with clean yellow[5]." Immediately after, the user of 415-410-8900 responded with a text message in Spanish, saying "Si ahi ando pana" which translates to "Yes, I'm on it bro." Then, RAMIREZ-CASTILLO texted in Spanish, saying "Tiene ahorita…Cuanto la anda la entera" which translates to "Do you have some now…How much for a whole one." The user of 415-410-8900 responded with a text message in Spanish, saying "Si pana a 500 pana" which translates to "Yeah bro, for 500 bro[6]."

36.     On July 13, 2023, at approximately 1:34 a.m., FBI SSTF intercepted an outgoing voice call to the user of 415-410-8900 from RAMIREZ-CASTILLO. The voice call was in Spanish and translated by an FBI linguist. In summary, RAMIREZ-CASTILLO asked the user of 415-410-8900 if

---

[5] The Spanish translation was conducted by an FBI linguist. Based on my training and experience, RAMIREZ-CASTILLO was asking the user of 415-410-8900 for clean, yellow fentanyl. "Clean" narcotics refer to the higher level of potency and purity of the drugs. "Yellow" fentanyl refers to one of many brightly colored fentanyl pills and/or powder.

[6] Based on my training and experience, RAMIREZ-CASTILLO asked the user of 415-410-8900 how much he was selling his narcotics for. The user of 415-410-8900 stated, "for 500", meaning that he was selling his narcotics for $500.

Affidavit of FBI Special Agent Daniel Kim

he was here and then asked for an "ounce of the clean one[7]." The user of 415-410-8900 said "yes" and they both agreed to meet in ten minutes.

37. It appears, from my review of the above-mentioned text and voice conversations, RAMRIEZ-CASTILLO contacted the user of 415-410-8900 to purchase narcotics from him. Specifically, I know that when RAMIREZ-CASTILLO is asking about the "clean yellow" he is referring to colored fentanyl. Additionally, when RAMIREZ-CASTILLO is asking the user of the user of 415-410-8900 for an "ounce of the clean one", he is referring to purchasing an ounce of pure, uncut fentanyl.

38. Additionally, because RAMIREZ-CASTILLO did not exchange any introductions with the user of the user of 415-410-8900 at the beginning of either conversation, I believe RAMIREZ-CASTILLO and the user of the user of 415-410-8900 have an existing relationship.

39. Furthermore, toll analysis showed there were 84 contacts between 415-410-8900 and RAMIREZ-CASTILLO from January 2023 to July 2023, further suggesting an established relationship between the two individuals.

40. Because of this, I believe the user of 415-410-8900 is a source of supply for narcotics and sells narcotics to RAMIREZ-CASTILLO.

41. An FBI SSTF member conducted a law enforcement database check on 415-410-8900, which yielded over 70 wire transfers associated with sender name, "Elvin Obed Melendez-Cruz" to Honduras and Mexico. 415-410-8900 was listed as the sender phone number. An FBI SSTF member conducted a law enforcement database check on "Elvin Obed Melendez-Cruz" and found a subject with a similar name, and date of birth. An FBI SSTF member used the name and date of birth to obtain a booking photograph.

42. An FBI SSTF member conducted a criminal history inquiry using the above-mentioned identifiers which indicated MELENDEZ-CRUZ had one prior arrest for California Penal Code 148(A)(1) (Obstruct Public Officer) in January 2014, numerous prior arrests for drug violations

---

[7] **RAMIREZ-CASTILLO** asked for an "ounce of the clean one", meaning he wanted to purchase one ounce of clean narcotics. As mentioned before, "clean" refers to the higher level of potency and purity of drugs. I believe **RAMIREZ-CASTILLO** and the user of 415-410-8900 arranged to meet in ten minutes to sell/purchase narcotics.

Affidavit of FBI Special Agent Daniel Kim

including California Health and Safety Code 11352(A) (Transport/Selling Narcotics), 11351.5 (Possession/Purchase Cocaine Base for Sale), 11378 (Possession Control Substance for Sale), 11351 (Possession/Purchase for Sale) in February 2019, March 2019, March 2021, December 2021, and May 2022.  In addition, he had one prior arrest for California Penal Code 32 (Accessory After the Fact) in October 2021 where he received a felony conviction and two years of probation.  He is currently on probation until October 25, 2023.

43. Furthermore, a U.S. Immigration and Customs Enforcement ("ICE") officer conducted a law enforcement database check, which revealed MELENDEZ-CRUZ was arrested by U.S. Border Patrol agents in Sasabe, AZ on November 4, 2016.  On November 8, 2016, MELENDEZ-CRUZ was convicted of 8 U.S.C. 1325(a)(1) (Illegal Entry) in the United States District Court, District of Arizona and was committed to the custody of the United States Bureau of Prisons for a term of sixty days.

I. **Identification of MELENDEZ-CRUZ's residence and hotel room**

44. On July 18, 2023, FBI SSTF contacted MELENDEZ-CRUZ's Probation Officer Ivan Guzman with Alameda County Probation Department who confirmed MELENDEZ-CRUZ's phone number was 415-410-8900 and has been communicating with MELENDEZ-CRUZ on that phone number.  Probation Officer Guzman also stated MELENDEZ-CRUZ recently moved to a new address at 6621 Bancroft Avenue in Oakland (hereinafter referred to as the "Bancroft Residence").  Probation had scheduled a meeting with MELENDEZ-CRUZ at the Alameda County Probation Office, 400 Broadway, Oakland, CA on July 19, 2023 at 2:00 p.m.  Furthermore, Probation Officer Guzman stated he previously observed MELENDEZ-CRUZ driving a white Mercedes, bearing California license plate tag 9FLZ954, and provided a photograph of the Mercedes to FBI SSTF members.

45. On July 18, 2023, at approximately 7:45 p.m., FBI SSTF members conducted surveillance at the Bancroft Residence and observed the Mercedes parked on 66th Ave., south of Bancroft Ave, in the immediate vicinity of the Bancroft Residence.  At approximately 7:53 p.m., FBI SSTF members observed MELENDEZ-CRUZ driving the Mercedes away from the Bancroft Residence, near 64th Ave. and Bancroft Ave.

46. Throughout the investigation, from on or about July 18, 2023 to about July 28, 2023, FBI SSTF members obtained GPS cell phone location data pertaining to MELENDEZ-CRUZ's phone number 415-410-8900 pursuant to Search Warrant No. 4:23-mj-71054-KAW. After FBI SSTF members observed MELENDEZ-CRUZ drive his Mercedes away from the Bancroft Residence on July 18, 2023, cell phone location data for his phone showed him in the Tenderloin neighborhood of San Francisco at approximately 8:45 p.m., and return back to the Bancroft Residence at approximately 4:25 a.m.

47. Cell site location information for MELENDEZ-CRUZ's phone number showed that in July 2023, he regularly traveled to the Tenderloin District of San Francisco. During MELENDEZ-CRUZ's trip to the Tenderloin, he often leaves Oakland late at night and returns early in the morning, multiple times a week, again consistent with the activities of a drug dealer, like MARIN-GONZALES and RAMIREZ-CASTILLO.

48. On July 24, 2023, at approximately 5:28 p.m., FBI SSTF members conducted surveillance at the Bancroft Residence and observed MELENDEZ-CRUZ exit the building and walk from behind the staircase on the east side of the building. After he exited, he walked across Bancroft Avenue, Oakland, to a nearby restaurant. Approximately ten minutes later, FBI SSTF members saw MELENDEZ-CRUZ exit the restaurant and walk back across Bancroft Avenue towards the Bancroft Residence, where he then walked behind the staircase on the east side of the building and entered the Bancroft Residence. FBI SSTF units positioned around the building never saw MELENDEZ-CRUZ appear anywhere else or approach any other doors at the apartment complex.

49. Evidence gathered from physical surveillance and the phone pinging in the vicinity of the Bancroft Residence multiple nights in a row during overnight or sleeping hours, leads agents to conclude that MELENDEZ-CRUZ resides at the Bancroft Residence. Furthermore, because GPS cell phone location data and physical surveillance showed MELENDEZ-CRUZ depart from the Bancroft Residence, go to the Tenderloin District, and return back to the Bancroft Residence.

50. On July 19, 2023, at approximately 12:45 p.m., FBI SSTF members conducted surveillance at the Alameda County Probation office, 400 Broadway, Oakland, CA in preparation for MELENDEZ-CRUZ's meeting with his probation officer. At approximately 2:00 p.m., FBI SSTF

Affidavit of FBI Special Agent Daniel Kim

members observed the Mercedes arrive at 4th St. and Broadway, in the immediate vicinity of the probation office.  FBI SSTF members observed MELENDEZ-CRUZ, wearing a red and black San Francisco 49ers shirt, exit the passenger side of the Mercedes, walk towards the front entrance of the probation office, and enter the building.  At approximately 2:06 p.m., FBI SSTF members received a text message from Probation Officer Guzman, confirming MELENDEZ-CRUZ was inside his office at the moment and was wearing a black and red San Francisco 49ers sweatshirt.  At approximately 2:25 p.m., FBI SSTF members observed MELENDEZ-CRUZ exit the building and enter the passenger side of the Mercedes.

51. FBI SSTF members continued surveillance and followed the Mercedes from the probation office to a hotel in Oakland, the Bay Breeze Inn at 4919 Coliseum Way.  The Mercedes parked in the guest parking lot of the Bay Breeze Inn.  Agents also saw MELENDEZ-CRUZ enter Room #124 of the motel.  The front doors to the rooms in this motel are visible from the exterior of the building.

52. On July 21, 2023, Special Agents of the California Department of Corrections and Rehabilitation (CDCR) Special Service Unit (SSU) conducted surveillance at the Bay Breeze Inn and observed the Mercedes parked in the guest parking lot of the motel, directly in front of room #124.  At approximately 11:00 a.m., CDCR SSU Special Agents observed MELENDEZ-CRUZ exit the room of the motel on numerous occasions and conduct what appeared to be a hand-to-hand drug transaction with a customer, in the guest parking lot of the Bay Breeze Inn.  After the hand-to-hand drug transaction, MELENDEZ-CRUZ re-entered room #124.

53. Based on my training and experience, drug traffickers use multiple locations as stash houses to store narcotics and conduct illegal drug activities in an attempt to evade law enforcement.  These locations can include, in my experience, their home, a separate stash house and their vehicles.  Furthermore, I believe drug dealers who are on active probation use a secondary location, typically a hotel room such as the room MELENDEZ-CRUZ uses at the Bay Breeze Inn, to conduct their drug sales and illegal activities just in case their probation officers conduct an unscheduled visit of their primary residence.

Affidavit of FBI Special Agent Daniel Kim

54. As a result, at the time I believed MELENDEZ-CRUZ was using the hotel room as a location to store his drugs for trafficking purposes. For this reason, I applied for a search warrant of the room at the Bay Breeze Inn at the end of July, 2023.

55. On July 28, 2023, at 3:40 p.m., an FBI SSTF member observed the Mercedes parked in the guest parking lot of the Bay Breeze Inn, further showing that MELENDEZ-CRUZ is still using that location as a stash house and/or location to deal drugs.

**J.     Search of the Hotel Room**

56. On August 3, 2023, pursuant to judicial authorization from the Honorable Kandis A. Westmore, the FBI searched MELENDEZ-CRUZ's hotel room[8]. Agents entered the hotel room a little after 7:00 a.m. on the morning of August 3, 2023. Inside the hotel room, agents found MELENDEZ-CRUZ and a female inside the only bed in the room. Next to the side of the bed where MELENDEZ-CRUZ was initially observed, agents saw multiple cell phones. Agents called 415-410-8900, the same number intercepted over RAMIREZ-CASTILLO's wire intercepts, and one of the phones rang.

57. Inside of the room, inside duffel bags, agents recovered a large quantity of what they believe is fentanyl,[9] scales, a cutting board, a razor blade, bags of suspected fentanyl, bags of pills, $12,506 in currency, a room key, a firearm and a magazine loaded with ammunition. All of these items are consistent with the room being used as a narcotics stash house.

58. Because I know MELENDEZ-CRUZ is a narcotics supplier who has also engaged in hand to hand transactions out of the hotel room, I believe the drugs found in the room belong to MELENDEZ-CRUZ. More to the point, I believe that on July 10, 2023, when MELENDEZ-CRUZ was caught talking with RAMIREZ-CASTILLO over the wire intercepts, he was doing so to facilitate the commission of narcotics trafficking, in violation of 21 U.S.C. § 841(a)(1), distribution of fentanyl.

59. Therefore, there is sufficient probable cause to charge MELENDEZ-CRUZ for his phone call to RAMIREZ-CASTILLO on July 10, 2023, a violation of 21 U.S.C. § 843(b), illegal use of a

---

[8] The approved warrant was assigned case number 4:23-mj-71171-KAW.

[9] As stated, during a field test, the substance tested positive only for mannitol. I believe the substance will later test positive at the regional laboratory for fentanyl.

Affidavit of FBI Special Agent Daniel Kim

communications facility in committing or in causing or facilitating the commission of any act or acts constituting a felony, to wit, distribution of fentanyl.

## V. CONCLUSION

60. In sum, as evidenced by the foregoing, MELENDEZ-CRUZ is a drug dealer who has supplied RAMIREZ-CASTILLO with fentanyl and who uses a hotel room in Oakland as a location to store and sell drugs. Moreover, MELENDEZ-CRUZ used his cellphone on July 10, 2023, to facilitate fentanyl distribution (and attempted fentanyl distribution) in violation of 21 U.S.C. § 843(b).

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

_____
Daniel H. Kim
Special Agent
FBI

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 3rd day of August 2023.

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge, U.S. Magistrate Court

Affidavit of FBI Special Agent Daniel Kim